JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALBERT ZAMORA, et al., | Case No. EDCV 12-01431 VAP (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SCME MORTGAGE BANKERS INC, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed June 12, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 15, 2012

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge